WILLIAM J. SCHROEDER
ANNE K. SCHROEDER
**KSB LITIGATION, P.S.**
510 W. Riverside Ave., Ste 300
Spokane, WA, 99201
william.schroeder@ksblit.legal
aschroeder@ksblit.legal
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BROCK STONE,<br><br>    Plaintiff,<br><br>vs.<br><br>CHELAN COUNTY, a Washington Municipal Corporation; MICAELA MEADOWS, an individual; CINDY DIETZ, an individual; JULIA HARTNELL, an individual; PAM FAIRCLOTH, an individual; ZIOMARA HERNANDEZ, an individual; ASHLYN REDIGER, an individual; MARIANA CABRERA, an individual; IAN SUTTON, an individual; ADAM MUSGROVE, an individual; and JAMES PETERSON, an individual<br><br>    Defendants. | No. 1:24-cv-03199-TOR<br><br>**STIPULATION OF DISMISSAL [FRCP 41(a)(1)(B) AND ORDER OF DISMISSAL** |

STIPULATION OF DISMISSAL [FRCP 41(a)(1)(B) AND ORDER OF DISMISSAL - 1

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., #300
SPOKANE, WA 99201
(509) 624-8988

Plaintiff and Defendants hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(B) that this action be dismissed as to all claims, causes of action, and parties, with each party bearing that party's own attorney fees and costs.

KSB LITIGATION, P.S.

Dated: 04/03/25

By: s/William J. Schroeder
William J. Schroeder, #7942
Anne K. Schroeder, #47952
Attorneys for Plaintiff

Dated: 04/03/25

SEBRIS BUSTO JAMES
Electronically Approved

By: s/Jeffrey A. James
Jeffrey A. James, #18277
Attorney for Defendant
Chelan County

MENKE JACKSON BEYER, LLP
Electronically Approved

Dated: 04/03/25

By: s/ Kirk A. Ehlis
Kirk A. Ehlis, #22908
Attorneys for all other Defendants

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(B), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:_____

_____
Honorable Thomas O. Rice