FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 04, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BROCK STONE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHELAN COUNTY, a Washington Municipal Corporation; MICAELA MEADOWS, an individual; CINDY DIETZ, an individual; JULIA HARTNELL, an individual; PAM FAIRCLOTH, an individual; ZIOMARA HERNANDEZ, an individual; ASHLYN REDIGER, an individual; MARIANA CABRERA, an individual; IAN SUTTON, an individual; ADAM MUSGROVE, an individual; and JAMES PETERSON, an individual,<br><br>Defendants. | NO: 1:24-CV-3199-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 10). The parties agree that under F.R.Civ.P. Rule 41(a)(1)(B) that this action be dismissed as to all claims, causes of action, and parties, with each party bearing

ORDER OF DISMISSAL ~ 1

that party's own attorney fees and costs. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, ECF No. 10, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

3. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED April 4, 2025.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2