AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 04, 2025

SEAN F. McAVOY, CLERK

BROCK STONE, an individual, )
*Plaintiff* )
v. )
CHELAN COUNTY, a Washington Municipal Corporation; MICAELA MEADOWS, an individual; CINDY DIETZ, an individual; JULIA HARTNELL, an individual; PAM FAIRCLOTH, an individual; ZIOMARA HERNANDEZ, an individual; ASHLYN REDIGER, an individual; MARIANA CABRERA, an individual; IAN SUTTON, an individual; ADAM MUSGROVE, an individual; and JAMES PETERSON, an individual, )
*Defendant*

Civil Action No. 1:24-CV-3199-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The parties' Stipulation of Dismissal, ECF No. 10, is GRANTED. Dismissed Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O Rice

Date: April 4, 2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore